**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MICHAEL DAY, | |
| Plaintiff, | Case No. 20-CV-5772 |
| v. | |
| NILES TOWNSHIP HIGH SCHOOL DISTRICT #219, | |
| Defendant. | |

**<u>NOTICE OF REMOVAL</u>**

Defendant Niles Township High School District #219 submits this Notice of Removal of the instant lawsuit to the United States District Court for the Northern District of Illinois pursuant to 28 U.S.C. §§ 1441 and 1446, and states:

1. On May 1, 2017, Plaintiff, Michael Day filed a charge of discrimination with the Illinois Department of Human Rights ("IDHR"), designated as Charge No. 2017CA2496. In his Charge, Plaintiff, who worked for Defendant as a substitute teacher, alleges he was subject to discrimination based on race, age and sex in violation of Title VII of the Civil Rights Act of 1964 ("Title VII"). The Charge was dismissed by the IDHR and the EEOC adopted those findings in a letter dated January 21, 2020. A copy of the Plaintiff's Charge and Dismissal and Notice of Rights is attached as <u>Exhibit A</u>.

2. On September 20, 2018, Plaintiff filed another charge of discrimination with the IDHR, designated as Charge No. 2019CF0404. In his Charge, Plaintiff alleges he was subject to discrimination based on his race and retaliation for filing a discrimination charge in violation of Title VII. A copy of Plaintiff's 2018 Charge is attached as <u>Exhibit B</u>.

3. On December 30, 2019, the IDHR issued a Notice of Dismissal for Lack of Substantial Evidence. See Exhibit C.

4. Subsequently, on July 6, 2020, Plaintiff instituted this lawsuit by filing a complaint against Defendant in the Circuit Court of Cook County, Illinois. Plaintiff alleges various state and federal law claims under the Illinois Human Rights Act, Title VII, the 14th Amendment of the U.S. Constitution, and 42 U.S.C. § 1983. The lawsuit is presently pending in that court and is designated as Case No. 2020L007138.

5. A copy of the Complaint was received by Defendant on September 9, 2020. Copies of all process, pleadings, and orders received by the Defendant in this case related to the Complaint are attached to this Notice as Defendant's Exhibit D.

6. This Court has original jurisdiction over Plaintiff's federal civil rights claims under 28 U.S.C. § 1331 and supplemental jurisdiction over Plaintiff's state law claims under 28 U.S.C. § 1367. Accordingly, this case is removable to this Court under 28 U.S.C. § 1441(a), without regard to the citizenship or residence of the Parties.

7. Fewer than 30 days have passed since Defendant received a copy of the Complaint through service of process or otherwise. Accordingly, the deadline for filing this Notice of Removal under 28 U.S.C. § 1446 has not expired.

8. A copy of this Notice of Removal is being filed in the Circuit Court of Cook County, Illinois on the date of this Notice.

**WHEREFORE**, Defendant Niles Township High School District #219 submits that this case is properly removed from the Circuit Court of Cook County, Illinois to the United States District Court for the Northern District of Illinois, Eastern Division.

Respectfully Submitted,

NILES TOWNSHIP HIGH SCHOOL
DISTRICT #219

By: *[signature]*
One of Its Attorneys

William R. Pokorny (wrp@franczek.com)
Caroline K. Kane (ckk@franczek.com)
FRANCZEK P.C.
300 S. Wacker Dr., Suite 3400
Chicago, IL 60606
Tel: (312) 986-0300
Fax: (312) 986-9192
September 28, 2020

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that she caused a true and correct copy of the foregoing **NOTICE OF REMOVAL** to be served on the following counsel of record by regular U.S. Mail, proper postage prepaid, after filing with the court's CM/ECF system on this 28th day of September 2020.

> Mr. Michael Day
> 7515 S. Langley
> Chicago, IL 60619

> _Caroline K. Kane_
> Caroline K. Kane