## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| MICHAEL DAY, | |
| Plaintiff, | Case No. 20-CV-5772 |
| v. | |
| NILES TOWNSHIP HIGH SCHOOL DISTRICT #219, | Hon. Matthew F. Kennelly |
| Defendant. | |

## DEFENDANT'S RULE 12(b)(6) PARTIAL
## MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Defendant, the Board of Education of Niles Township High School District (the "District"), by and through its undersigned attorneys and pursuant to Fed. R. Civ. P. 12(b)(6), respectfully moves this Court to dismiss the Illinois Human Rights Act claims in Count I of the Complaint with prejudice; to dismiss Count II of the Complaint for failure to state a claim under 42 U.S.C. § 1983, and to dismiss the race discrimination claim in Count III of the Complaint with prejudice, for the reasons set forth in the accompanying Memorandum of Law.

Respectfully Submitted,

**BOARD OF EDUCATION OF NILES TOWNSHIP HIGH SCHOOL DISTRICT #219**

By: _/s/ Caroline K. Kane_
One of Its Attorneys

William R. Pokorny (wrp@franczek.com)
Caroline K. Kane (ckk@franczek.com)
FRANCZEK P.C.
300 S. Wacker Dr., Suite 3400
Chicago, IL 60606
Tel: (312) 986-0300
Fax: (312) 986-9192

October 26, 2020

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that she caused a true and correct copy of the foregoing **DEFENDANT'S RULE 12(b)(6) PARTIAL MOTION TO DISMISS PLAINTIFF'S COMPLAINT** to be served on the following party of record by regular U.S. Mail, proper postage prepaid, after filing with the court's CM/ECF system on this 26th day of October 2020.

        Mr. Michael Day
        7515 S. Langley
        Chicago, IL 60619

*/s/ Carolin K. Kan*